IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA JAMES, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) Case No.: 2:11-cv-07654-PBT <br> ) <br> NCO FINANCIAL SYSTEMS, INC., ) <br> ) <br> Defendant ) | |

### OFFER OF JUDGMENT

Dated: February 13, 2012

TO:   Cynthia James, (hereinafter "Plaintiff"), by and through her attorney,

Pursuant to Fed. R. Civ. P. 68, Defendant NCO Financial Systems, Inc., ("NCO") hereby offers to allow judgment to be taken against it in favor of Plaintiff, as follows:

1. Judgment shall be entered against NCO for damages in the total amount of Seven Hundred Fifty and 00/100 Dollars ($750) for damages incurred by Plaintiff as a result of NCO's alleged violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*

2. In addition, the Judgment entered shall include an additional amount for Plaintiff's reasonable costs and attorney's fees accrued through the date of service of this Offer of Judgment either: 1) as agreed to by counsel for the parties; or 2) in the event counsel cannot agree, as determined by the Court upon application by Plaintiff's counsel;

3. The Judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff, said judgment shall have no effect whatsoever except in settlement of those claims;

4. This Offer of Judgment is made solely for the purposes specified in Fed. R. Civ. P. 68, and is not to be construed either as an admission that NCO is

liable in this action, or that Plaintiff has suffered any damage;

5. In accordance with Fed. R. Civ. P. 68, if this Offer of Judgment is not accepted by Plaintiff within 14 days after service of the Offer, the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs. If this Offer of Judgment is not accepted by Plaintiff and the judgment finally obtained by Plaintiff is not more favorable than this Offer, the Plaintiff must pay his costs incurred after making this Offer, as well as the costs of NCO as allowed by the law of this Circuit.

ACCEPTED: _____
Cynthia James

DATE: _____2-14-12_____

Respectfully submitted,

/s/ Ross S. Enders
Ross S. Enders, Esq. (89840)
Sessions, Fishman, Nathan & Israel, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ 08822-5736
Telephone: (908) 751-5941
Facsimile: (908) 751-5944
E-mail: renders@sessions-law.biz
Attorneys for Defendant
NCO Financial Systems, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on this 13th day of February 2012, a copy of above and foregoing was forwarded to counsel for plaintiff by electronic mail at the below address:

    Craig T. Kimmel, Esq.
    Kimmel & Silverman, P.C.
    30 East Butler Pike
    Ambler, PA  19002
    (215) 540-8888 Ext. 116
    kimmel@creditlaw.com
    Attorney for Plaintiff

                                By: /s/ Ross S. Enders
                                Ross S. Enders, Esq.
                                Attorney for Defendant
                                NCO Financial Systems, Inc.