IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CYNTHIA JAMES

v.                      NO. 11-CV-7654

NCO FINANCIAL SYSTEMS, INC.

FILED
FEB 14
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## JUDGMENT

BEFORE TUCKER, J.

    AND NOW, to wit, this 14th day of February, 2012, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
    It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $750.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Sabol*
Richard Sabol, Deputy Clerk

judg